IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER, ) | |
| ) | 4:06cv3145 |
| Petitioner, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| PETER C. BATAILLON, et al., ) | |
| ) | |
| Respondents. ) | |

This matter is before the court on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Billy Tyler, a prisoner in the custody of the Nebraska Department of Correctional Services ("§ 2254 petition"). The petitioner may not file any more § 2254 petitions regarding the sentence he is presently serving, absent certification by a panel of the Eighth Circuit Court of Appeals authorizing this court to consider a successive petition. See generally 28 U.S.C. § 2244(b); Stewart v. Martinez- Villareal, 523 U.S. 637, 641 (1998).

THEREFORE, IT IS ORDERED:

1.  That filing no. 2, the petitioner's Motion to Proceed In Forma Pauperis, is denied;

1.  That the Petition for Writ of Habeas Corpus is dismissed; and

2.  That a separate judgment will be entered accordingly.

August 7, 2006.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge